**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00530-CR

### SUGAR RAY FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-55114-T**

## ORDER

The Court **DENIES** appellant's June 19, 2013 motion for rehearing and July 1, 2013 motion.


/s/    MOLLY   FRANCIS
JUSTICE